UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25-cr-544-WFJ-NHA
18 U.S.C. § 611

WALTER MALAKAI

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### (Voting by Aliens)

On or about November 2, 2024, in the Middle District of Florida, the

defendant,

WALTER MALAKAI,

an alien of the United States, did knowingly vote in an election held in part for the

purpose of electing a candidate for the office of President, Vice President, and

Member of the House of Representatives.



In violation of 18 U.S.C. § 611(a).

GREGORY W. KEHOE
United States Attorney

By: _____
Ilyssa M. Spergel
Assistant United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney
Chief, Special Prosecutions Section