UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Walter Malakai
8:25-cr-00544-WFJ-NHA

| | |
|---|---|
| **Date**: December 22, 2025 | **Court Reporter**: **Digital** |
| | **Interpreter**: N/A |
| **Time**: 2:00 PM–2:21 PM<br><br>  Total:   21 mins | **Deputy Clerk**: Clara Reaves |

| Government Counsel | Defense Counsel |
|---|---|
| Ilyssa Spergel, AUSA | Laura Hastay, AFPD-Limited |

### Initial Appearance/Arraignment/Detention

Defendant present with counsel.

Defendant appears on notice.

Court summarizes the charges and potential penalties and advises Defendant of Rule 5 rights and Rule 58 rights

Proceedings conducted pursuant to Rule 5(c)

Oral motion for counsel by Defendant. Court reviews financial affidavit and appoints AFPD until Defendant can retain counsel. Court advises Defendant of possibility of having to repay for AFPD's continues representation and to retain counsel.

Defendant waives formal reading of the Information.

Not guilty plea entered by Defendant as to all counts.

Oral Motion for discovery by Defendant.

Oral order to government to provide under Rule 16(a) discovery;

Oral Motion for reciprocal discovery by government.

Oral order to Defendant to provide reciprocal discovery under Rule 16(b).

Defendant is arraigned.

Government and defense agree to release conditions.

For the reasons stated on the record, court orders Defendant released with conditions.

Pretrial Discovery Order to be electronically filed by Magistrate Judge Adams.

Trial set for February 2026 trial term beginning February 2, 2026 before District Jung. Status Conference on January 8, 2026.

Due process oral order given.