UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                           Case No. 8:25-cr-00544-WFJ-NHA

WALTER MALAKAI

### UNITED STATES' *UNOPPOSED* MOTION FOR PROTECTION

The United States of America respectfully asks this Court for protection from trial in the above-captioned case from August 6, 2026, through August 14, 2026, and for August 25, 2026.  The grounds for this motion are stated below:

1.     The above listed case is currently set on this Honorable Court's trial calendar for the August trial term.

2.     The undersigned has pre-planned leave scheduled for August 6, 2026, through August 14, 2026, and respectfully asks for protection from trial during that time.

3.     The undersigned is also scheduled for a bench trial before the Honorable Judge Scriven, 8:25-cr-00545-MSS-AEP, defendant Gaynell Jeffries.

4.     Defense counsel for Mr. Malakai has no objection to this motion.

1

Wherefore, the United States requests protection from trial from August 6, 2026, through August 14, 2026, and for August 25, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Ilyssa M. Spergel*
Ilyssa M. Spergel
Assistant United States Attorney
Florida Bar No. 102856
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: Ilyssa.Spergel@usdoj.gov

**United States v. Walter Malakai**       **Case No. 8:25-cr-00544-WFJ-NHA**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice

of electronic filing to counsel of record.

        */s/ Ilyssa M. Spergel*
        Ilyssa M. Spergel
        Assistant United States Attorney
        Florida Bar No. 102856
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:   (813) 274-6000
        Facsimile:    (813) 274-6358
        E-mail: Ilyssa.Spergel@usdoj.gov