UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, Case No. 8:25-cr-544-WFJ-NHA

Plaintiff, ☐
Government ☒

☐ Evidentiary
☒ Trial
☐ Other

v.

WALTER MALAKAI

Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | November 2025: Sample Ballot |
| 2 | | | | Pasco County Board of Elections Voting History |
| 3 | | | | Pasco County Board of Elections Computer Printout |
| 4 | | | | Pasco County Board of Elections Audit and Activity |
| 5 | | | | Border Crossing Forms |
| 6 | | | | Interview |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 7 | | | | DMV Record |