**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:25-Cr-544-WFJ-NHA**

**WALTER MALAKAI**
_________________________ /

**DEFENDANT'S REQUESTED VOIR DIRE**

COMES NOW, **WALTER MALAKAI** , by and through his undersigned counsel, and pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, and requests this Honorable Court to ask these questions of the jury panel during jury selection.

DATED this 19th day of August 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

/s/ Laura G. Hastay

Laura G. Hastay, Esq.
Assistant Federal Public Defender
Georgia Bar No. 637941
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: laura_hastay@fd.org

**REQUESTED VOIR DIRE NO. 1**

1. Are you yourself, or any family member, close friend, or acquaintance involved in law enforcement, to include any state or federal law enforcement agency or investigative agency, or prosecuting authority?
2. If yes, who is it that you know? What is your relationship to that person? What do they do?
3. How do you view law enforcement officers, agents, or prosecutors as a result of that relationship?
4. Will your relationship with that person have any impact on your ability to be fair and impartial as you evaluate the credibility of law enforcement officers in this case?

## REQUESTED VOIR DIRE NO. 2

1. Has anyone here ever served as a juror or grand juror, in state or federal court?
2. When? What type of proceeding was it?
3. How do you feel about that experience?
4. What thoughts and feelings from that experience come to mind as you are sitting here in this proceeding today?
5. Are you able to set that past service aside to review the evidence as it is presented in this case alone?
6. Are you able to set that past service aside to apply the law as it is instructed to you in this case, regardless of what law you were asked to review and apply in the past?

**REQUESTED VOIR DIRE NO. 3**

1. Has anyone here ever been a part of or a witness to a court proceeding, other than serving as a juror?
2. What was that proceeding, and what was your role in it?
3. What thoughts and feelings from that experience come to mind as you are sitting here in this proceeding today?
4. Are you able to set that past experience aside to review the evidence and evaluate the credibility of witnesses in this case?

## REQUESTED VOIR DIRE NO. 4

1. Whose testimony is more believable, a law enforcement officer's or a regular citizen's who is not a police officer?
2. If there is a difference or conflict in the testimony between a regular citizen and a police officer, is there one that you are more likely to believe more than the other? Why?

**REQUESTED VOIR DIRE NO. 5**

1. How did you feel when you learned about the accusation in this case, in light of your prior life experience?
2. What impact does that prior experience have on your ability to evaluate the testimony and evidence that will be presented in this case?
3. Will your own personal experience, or your familiarity with the experience of a loved one, prevent you from being a fair and impartial juror due to the topic of the accusations at issue in this case?

## REQUESTED VOIR DIRE NO. 6

1. Does anyone think that all individuals not born in the United States should be removed immediately?
2. Does anyone think that there should be no limit on who can enter the United States at all?
3. Does anyone have experience allowing their significant other to fill out forms for them, using your own identifying information?
4. Has anyone here heard of the Treaty the United States has with Micronesia and other Pacific Island countries?
5. Has anyone here had experience with an immigration case, their own or a loved one's?
6. Does the fact that Mr. Malakai was not born in the United States mean that you cannot be fair and impartial?

**REQUESTED VOIR DIRE NO. 7**

1. Is anyone related to or have a close relationship with someone who works in the voting or election system in any way?
2. Has anyone here early voted in Pasco County?

**REQUESTED VOIR DIRE NO. 8**

1. Does anyone here think that a Defendant needs to explain himself to you for you to find him not guilty? In other words, do you believe that if someone is sitting here at this table, he must have done something wrong to land him there?

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Ilyssa Spergel, AUSA

/s/ Laura G. Hastay
Laura G. Hastay, Esq.
Assistant Federal Public Defender