**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:25-Cr-544-WFJ-NHA**

**WALTER MALAKAI**
_________________________ /

**DEFENDANT'S WITNESS LIST**

The Defendant, **WALTER MALAKAI**, intends to call the following person as witnesses in the trial of the above-styled cause:

1. Michael Fiducia

DATED this 21st day of August 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

/s/ Laura G. Hastay

Laura G. Hastay, Esq.
Assistant Federal Public Defender
Georgia Bar No. 637941
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: laura_hastay@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of August 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Ilyssa Spergel, AUSA

/s/ Laura G. Hastay
Laura G. Hastay, Esq.
Assistant Federal Public Defender