**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:25-Cr-544-WFJ-NHA**

**WALTER MALAKAI**
_____________________________ /

**DEFENSE TRIAL EXHIBIT LIST**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Interview |
| 2 | | | | Treaty Agreement between the United States and Micronesia |
| 3 | | | | Issued Voter Card |
| 4 | | | | Voter Registration "records of attempt" |
| 5 | | | | Pasco County Board of Elections Activity |
| 6 | | | | Pasco County Board of Elections Audit |