UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-544-WFJ-NHA

WALTER MALAKAI

## VERDICT FORM

1. **Count One of the Information**

As to the offense of voting by an alien, in violation of 18 U.S.C. § 611(a),

We the Jury find the defendant, Walter Malakai:

Guilty X Not Guilty ______________

So say we all, on this date of August 26, 2026.

[redacted]

FOREPERSON

[redacted]